**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KRIS J PUGA, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>MONTEREY COUNTY DEPARTMENT OF SOCIAL & EMPLOYMENT SERVICES, et al.,<br><br>               Defendants. | Case No. 25-cv-04655-BLF<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs are ORDERED TO SHOW CAUSE, in writing and on or before November 24, 2025, why Peggy Medearis-Preacher should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: October 24, 2025

                                                    BETH LABSON FREEMAN<br>
                                                    United States District Judge