# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KRIS J PUGA, et al.,<br>　　　　Plaintiffs,<br>　v.<br>MONTEREY COUNTY DEPARTMENT OF SOCIAL & EMPLOYMENT SERVICES, et al.,<br>　　　　Defendants. | Case No. 25-cv-04655-BLF<br><br>**ORDER TO SHOW CAUSE**<br><br>[Re: ECF No. 67] |

On October 10, 2025, Defendants submitted a Motion to Dismiss the First Amended Complaint. ECF No. 65. Plaintiffs' Opposition was due by October 24, 2025. *See* Civil L.R. 7-3(a). Plaintiffs did not file an opposition by that deadline, and instead submitted an opposition on October 31, 2025. *See* ECF No. 67. Plaintiffs are ORDERED TO SHOW CAUSE, in writing and by **November 7, 2025**, why their opposition should not be struck for failure to timely file under Civil Local Rule 7-3(a).

**IT IS SO ORDERED.**

Dated: November 3, 2025

_____
BETH LABSON FREEMAN
United States District Judge